FILED
2018 Feb-22  AM 10:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**GRAVITY PLEASANT and JEANETTA WELLS PLEASANT,**

    **Plaintiffs,**

**vs.**

**ROUNDPOINT MORTGAGE SERVICING CORPORATION,**

    **Defendant.**

Civil Action Number
2:17-cv-01807-AKK

## ORDER

The Plaintiffs initiated this action on October 26, 2017. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the court must generally dismiss an action without prejudice or order service within a specified time "[i]f a defendant is not served within 90 days after the complaint is filed." When the Plaintiffs failed to complete service within a 90 day period here, the court issued a show cause order, doc. 3, giving the Plaintiffs until February 14, 2018 to provide good cause for their failure to timely prosecute this lawsuit. It is now February 22, 2018 and the Plaintiffs have neither served the complaint nor responded to the court's show cause order. The lack of a response to this court's order demonstrates that requiring the Plaintiffs to timely complete service pursuant to Rule 4(m) would be

fruitless.  Therefore, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  The clerk is **DIRECTED** to close the file.

    **DONE** the 22nd day of February, 2018.

_____<br>
**ABDUL K. KALLON**<br>
UNITED STATES DISTRICT JUDGE